

Paulette Morgan
646.723.1051 direct
pmorgan@schoeman.com

August 25, 2014

**VIA ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007

      Re:   *Ramnand Ramnaraine v. Merrill Lynch & Co., Inc., et al*,
            Civil Action No. CV-13-7889

Dear Judge Woods:

      We represent the defendants in the referenced action. We write pursuant to the Court's order entered August 22, 2014 to inform the Court by today of the status of the recordings and/or transcripts of the calls at issue. The 2007 recording was able to be retrieved. We have ordered an official transcript that we have been told will be ready tomorrow afternoon. We will submit the recording and official transcript with our reply papers. We have the official transcript of the 2009 recording that includes the 2008 calls and will submit it and the recording with our reply papers. We request the Court's permission to file our reply papers on Wednesday, August 27, 2014.

                                  Respectfully yours,

                                    Paulette Morgan

cc:   Brittany Weiner, Esq. (via ECF)
        Jeanne-Marie Christensen, Esq. (via ECF)